NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LIMBACH FACILITY SERVICES, LLC, )
a foreign limited liability company; )
HARPER LIMBACH, LLC, a foreign )
limited liability company; GREGORY )
ANDRIOTIS, individually, and as )
employee of Limbach Facility Services, )
LLC, and Harper Limbach, LLC, )
  )
       Petitioners, )
  )
v. )      Case No. 2D18-1087
  )
JORDAN M. SCHERER, individually; )
BROOKE N. SCHERER, individually; )
JORDAN M. SCHERER, as parent )
and legal guardian of MALLORY H. )
SCHERER, individually, a minor; and )
JORDAN M. SCHERER, as personal )
representative of the Estate of )
Logan A. Scherer, a deceased minor, )
  )
       Respondents. )
_____ )

Opinion filed September 12, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Emmett
Lamar Battles, Judge.

Jamie Billotte Moses of Holland & Knight
LLP, Orlando, for Petitioners Limbach
Facility Services, LLC, and Harper Limbach,
LLC.

Fotini Z. Manolakos of Bennett, Jacobs & Adams, P.A., Tampa, for Petitioner Gregory Andriotis.

Raymond T. Elligett, Jr., of Buell & Elligett, P.A., Tampa; and Joseph T. Patsko of Patsko Law Group, Tampa, for Respondents.

PER CURIAM.

Denied.

NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.